# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALVARO QUEZADA, | CASE NO. 1:10-cv-00483-AWI-GBC (PC) |
| Plaintiff, | ORDER DENYING PLAINTIFF'S MOTION FOR COPY OF THE DOCKET |
| v. | |
| A. HERRERA, et al., | Doc. 25 |
| Defendants. | |

On March 17, 2010, Plaintiff Alvaro Quezada ("Plaintiff"), a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983, alleging Defendants conspired and retaliated against Plaintiff for complaining and criticizing the double standard that inmates have to wear hairnets but Sacramento personnel inspectors do not. Doc. 1.

On August 8, 2012, the District Judge adopted findings and recommendations, dismissing Plaintiff's complaint, for failure to state a claim upon which relief may granted. Doc. 19. On August 23, 2012, Plaintiff filed a notice of appeal of the order of dismissal. Doc. 21. On September 10, 2012, Plaintiff filed a motion for a copy of the docket. Doc. 25.

As stated in the Court's first informational order issued March 18, 2010, the Court does not provide Plaintiff, or any pro se litigant, with free copies.

Plaintiff's motion for a copy of the docket is DENIED.

IT IS SO ORDERED.

Dated:    September 18, 2012

UNITED STATES MAGISTRATE JUDGE